UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| JESSICA ROTH | ) ) ) | |
| Plaintiff, | ) ) ) | Case No. 1:17-cv-0668-SM |
| vs. | ) ) ) | |
| BROCK BEAUTY, INC. AKA HAIRFINITY , INC. | ) ) ) ) | |
| Defendant | ) ) | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOW COME THE PLAINTIFF, by and through counsel, and pursuant to Fed. R. Civ. P 41(a)(1)(A)(i), dismiss this action, in its entirety with Prejudice, and hereby provide Notice of Voluntary Dismissal.

1.  "Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment;" Fed. R. Civ. P 41(a)(1)(A)(i).

2.  Neither an Answer nor a Motion for Summary Judgment has been filed.

WHEREFORE, Plaintiff is entitled to, and hereby Voluntarily Dismisses, this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), in its entirety and with Prejudice.

Dated: January 24, 2018					Respectfully submitted,
								PLAINTIFF
								By and through counsel,

								/s/ Keith A. Mathews
								Atty. Keith A. Mathews (20997)
								Associated Attorneys of New England
								587 Union Street
								Manchester, NH 03104
								Telephone: (603) 622-8100
								Fax:  (888) 912-1497
								Keith@aaone.law

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Dated: January 24, 2018					/s/ Keith A. Mathews
								Keith A. Mathews, Esq.